IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| **STEALTH VISION, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO. 9:25-cv-00006 |
| v. | § | |
| | § | (Hearing Requested) |
| **BEST OF THE WEST** | § | |
| **ARMS/HOLDINGS, LLC and** | § | |
| **STRYK GROUP USA, LLC,** | § | |
| | § | |
| *Defendants.* | | |

## MOTION TO EXTEND TEMPORARY RESTRAINING ORDER

Plaintiff Stealth Vision, LLC ("Stealth") moves the court to extend the Temporary Restraining Order ("TRO") [issued January 7, 2025 in the 349th Judicial District of Houston County, Texas in Cause Number 24-0212, such Order previously filed by the Defendants and more recently also noticed in Washoe County, Nevada] issued against Defendant's prior to provisional removal of this matter to federal court until such time as a hearing may be held on the matter. This extension will protect the interests of the Parties without undue harm to either in the interim as: the Defendants have already removed offending material from their website(s); the firearm show season is nearly over and Defendants will not be exhibiting at any other major events; other state court and federal bankruptcy court proceedings are ongoing that are directly related to these matters; and counsel for both Parties are in direct and good contact with plans to meet in person in the near future to seek global resolution.

**PAGE 1**

It is therefore respectfully requested that this court extend the TRO until a hearing on this issue occurs and that all other motions filed previously and those to be filed prospectively in the interim, including responses to previously filed motions and other dispositive motions, by either Party, be held in abeyance until said hearing is held and the issue of the validity of the TRO is decided by this court in at a hearing.

*/s/ V. Tyler Harrison*

V. Tyler Harrison
**VTH Law Group, PLLC**
2911 Turtle Creek Blvd
Suite 300
Dallas, Texas 75219
Phone: (214) 836-3533
tyler@vthlaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 22nd day of January, 2025, a copy of the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Texas using the CM/EMF system, and that service on all lead counsel of record will be accomplished via email as previously discussed and agreed upon between said counsel.

          */s/V. Tyler Harrison*
          V. Tyler Harrison

**CERTIFICATE OF CONFERENCE**

  I hereby certify that as of this 22nd day of January, 2025, lead opposing counsel have personally conferred in good faith discussions via telephone and email, over the course of several days, and as yet have been unable to agree upon a stipulated resolution as to this issue as a matter or law and/or consent. Both Parties remain in good and respectful communication, but at this point the Parties are at an impasse necessitating resolution from the court.

          */s/V. Tyler Harrison*
          V. Tyler Harrison