

3:07

< 103    Dr JOHN MCCALL >

motivate them for either an investigation into his FFL "Stryk Armament" or a raid of his facility to find out what he did with the rifle after he checked it in to his FFL log.
We know it's in Canada without any Canadian registration

Done

I'm almost finished with the report. I'll be turning it over to Donna when I am.

Thanks

You're welcome, my friend

Subject

iMessage



**3:07**

**103**

**Dr JOHN MCCALL** ›

You're welcome, my friend

Tue, Nov 5 at 1:31 PM

I talked to the jail in Bozeman Montana. He paid with a cashiers check. I have to call the district clerks office there, but they're closed today because they have a holiday on election day.

I will have to call them in the morning

Thanks
We need to get to the bottom of this home cooking

Subject

iMessage



3:07

103

**Dr JOHN MCCALL** ›

Ok on the gun range right now will call asap

👍

Wed, Nov 13 at 11:20 AM



Subject

iMessage

3:07

< 103

**Dr JOHN MCCALL** >

**2 Replies**

Mon, Nov 18 at 8:18 AM

Call me when you can. Need to get with you this morning at 10 @ Stealth

Mon, Nov 18 at 2:10 PM

**2 Replies**

Hi Dr MCCALL was Meyers at the camp on. Edwards gave the Raffle away.

When Edwards gave the rifle away

Subject

iMessage





**Dr JOHN MCCALL** ›

Mon, Nov 18 at 9:54 PM

I saw where I missed your call. I got all the information the PC in the complaint for the warrant turned in today after lunch, but as of right now, it doesn't appear that they have issued the warrant yet it may be the judge this afternoon. I will check first thing in the morning and get back with you.

Thanks



