

McCall000118



Fri, Dec 13 at 8:33 AM

**[Sent]** What time is the Grand Jury and will one of you please text me with the results?

Tracy (DA Investigator)

**[Received]** 9am and yes I will shoot you a text once we know –which is usually noon 

Fri, Dec 13 at 9:53 AM

Tracy (DA Investigator)

**[Received]** They were indicted by GJ- 👍 But - keep it under your hat- because they are not official until a judge signs them - that will possibly be next week - If they are under Calhoun - he won't be back in until January

**[Sent]** Can we get this to Pam Fletcher?

**[Sent]** She's the judge we need to get into her court if possible

McCall000119



> She's the judge we need to get into her court if possible

**Tracy (DA Investigator)**
> I can check with Ashley (district Clerk)

> Jody thought her court was active now......it's important that we get into her court

**Donna Gordan Kasper**
> All we can do is suggest but I dont even know what their system is.

> I appreciate your help, we are filing TRO and civil action Monday and Jody said that would be Pam Fletcher court. Probably because Calhoun in out until January

**Donna Gordan Kasper**



McCall000120