IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| STEALTH VISION, LLC,<br><br>                    Plaintiff,<br>vs.<br><br>BEST  OF  THE  WEST ARMS/HOLDINGS,<br>LLC,  STRYK GROUP USA, LLC,<br><br>                    Defendants. | NO. 9:25-CV-00006-MJT<br>ORDER |

### ORDER DENYING MOTION TO HOLD DONNA GORDAN KASPAR IN CONTEMPT

On April 30, 3025, United States District Judge Michael Truncale referred Defendants'
Motion for Contempt Pursuant to Rule 45 of the Federal Rules of Civil Procedure.  Doc. Nos. 38,
39.  Defendants' motion seeks to hold Donna Gordon Kaspar in contempt of court because she did
not produce documents in response to Stryk Group USA's subpoena.

Under FED. R. CIV. PRO. 45(g), *"[t]he court for the district where compliance is required—*
and also, after a motion is transferred, the issuing court—may hold in contempt a person who,
having been served, fails without adequate excuse to obey the subpoena or order related to it."  The
place of compliance for the subpoena at issue is 104 W Main Street, Madisonville, Texas.  Doc.
No. 38-1.  Madisonville, Texas is in Madison County which is in the Southern District of Texas,
Houston Division.  28 U.S.C. § 124(b)(2).  Therefore, the Eastern District of Texas, Lufkin
Division is not the court for the district where compliance is required.  *Traut v. Quantum Servicing,*

*LLC*, No. 3:18-MC-14-D-BN, 2018 WL 1035134, at *1 (N.D. Tex. Feb. 23, 2018); *CSS, Inc. v. Herrington*, 354 F. Supp. 3d 702, 709 (N.D. Tex. 2017).  The motion is **DENIED**.

SIGNED this 19th day of May, 2025.

Zack Hawthorn
United States Magistrate Judge