**EMERGENCY MOTION**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | |
|---|---|
| **STEALTH VISION, LLC,** § | |
| § | |
| *Plaintiff*, § | |
| § | **CIVIL ACTION NO. 9:25-cv-00006** |
| v. § | |
| § | **(Hon. Michael Truncale)** |
| **BEST OF THE WEST ARMS, LLC and** § | |
| **STRYK GROUP USA, LLC, JEFF** § | |
| **EDWARDS and CHARLES MYERS** § | |
| § | |
| *Defendants*. § | |

**EMERGENCY PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER**

On August 18, 2025, Plaintiff, Stealth Vision, LLC, ("Plaintiff") filed Plaintiff's Motion to Amend Scheduling Order (the "Motion") ECF 55, with accompanying Declaration of Dr. John A. McCall, ECF 55-1 (attached collectively as Exhibit A to this motion), requesting relief in advance of the current deadline to file amended pleadings in this matter. In that motion, Plaintiff is requesting the following relief: amendment of the current scheduling order (ECF. 21) to allow Plaintiff, Stealth Vision, LLC, to: (a) add additional party defendants to this action and (b) to extend the pleading amendment deadline to September 29, 2025. There is good cause for the relief requested as discussed in Plaintiff's Motion to Amend Scheduling Order (the "Motion") ECF 22. Defendants Jeff Edwards and Charles Myers are opposed to any amendments of the Scheduling Order.

As LOCAL RULE CV-7(e) provides a response date to the Motion beyond the date of the deadline sought to be extended (i.e. August 29, 2025), proceeding under LOCAL RULE CV-7(e)

is inadequate. Further, Plaintiff seeks emergency relief as the passage of the deadline, absent the requested extension, would result immediate and irreparable harm to Plaintiff, as Plaintiff would neither be afforded adequate time to fully plead the claims asserted against existing Defendants and identified individuals/entities to be added as Defendants in this cause, nor fully allege the supporting facts for said claims (in Plaintiff's contemplated amended complaint) absent the extension sought. Plaintiff acknowledges that further support of his claims will be further developed through discovery in this matter, Plaintiff needs a brief extension to avoid said harm to document supporting facts and name additional parties.

WHEREFORE, for the reasons stated herein, Plaintiff Stealth Vision, LLC,. requests that the Court grant this Emergency Motion and enter an order that:

(a) Amends the Scheduling Order to extend the last date to add parties and the pleading amendment date from August 29, 2025, to September 29, 2025, and;

(b) Awards such other and further relief, at law or in equity, to which Dr. McCall may be justly entitled.

Respectfully submitted,

By: */s/ Jack P. Carroll*
Jack P. Carroll
Orgain, Bell & Tucker, L.L.P.
470 Orleans Street, 4th Floor
Beaumont, Texas 77701
Phone: (409)-838-6412
jpc@obt.com

And

By: */s/ Kirk Kennedy*
Kirk Kennedy
The Kennedy Firm
8150 N. Central Expressway,
10th Floor
Dallas, Texas 75206
Phone: (832) 646.9228
kkennedy@kennedyfirmtexas.com

ATTORNEYS FOR STEALTH VISION, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2025, a copy of the foregoing Emergency Plaintiff's Motion to Amend Scheduling Order was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Texas using the CM/EMF system.

*/s/ Jack P. Carroll*
Jack P. Carroll