# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| STEALTH VISION, LLC, | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 9:25-cv-00006 |
| v. | § § | (Hon. Michael Truncale) |
| BEST OF THE WEST ARMS LLC, STRYK GROUP USA, LLC, JEFF EDWARDS AND CHARLES MYERS, | § § § § § | |
| *Defendants.* | | |

**PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER**

Plaintiff, Stealth Vision, LLC ("Plaintiff" or "Stealth Vision"), files this Plaintiff's Motion to Amend Scheduling Order (the "Motion").

**A. Procedural Statement**

This Motion is a companion motion to a separate motion to amend scheduling order filed in the related civil action, Case No. 25-cv-0091, styled, *Dr. John McCall Jr. v. Joseph Michaletz, Jeff Edwards et al.* (E.D. Tex.) (*See* Dkt. 22). As discussed in the June 11 status conference, the two cases (No. 25-cv-0006 and No. 25-cv-00091) are related and will likely be consolidated in the future. Therefore, Plaintiff is requesting that the scheduling order in this case (Dkt. 49) be amended to track the same dates and deadlines as the scheduling order in Case No. 25-cv-0091.

**B. Relief Requested**

In this Motion, Plaintiff is requesting the following relief: amendment of the current scheduling order (Dkt. 49) to allow Plaintiff, Dr. McCall, to: (a) add additional party defendants

PAGE 1

to this action and (b) to extend the pleading amendment deadline to September 29, 2025. There is good cause for the relief requested. *See* discussion *infra* at ¶¶ 2-9(a)-(e). Defendants Jeff Edwards and Charles Myers are opposed to any amendments of the Scheduling Order.

This Motion incorporates the Declaration of Dr. John McCall, Jr. filed in Case No. 25-cv-0091 and is attached hereto as Exhibit A. In support hereof, Plaintiff states as follows:

### I. BACKGROUND OF MOTION

1. This case specifically concerns certain business torts and contractual claims that Plaintiff has against Defendants Jeff Edwards, Charles Myers, Stryk Group USA, LLC and Best of the West Arms, LLC (together "Defendants") arising from their business relationship with Plaintiff and its owner, Dr. John McCall, which started in early 2023. These claims are outlined in Plaintiff's Amended Complaint. [Dkt. 45].

2. The companion case of 25-cv-0091 concerns the broader scheme and plan by multiple defendants and parties to defraud Dr. John McCall, Jr. of a multi-million-dollar judgment that he obtained in October 2023 from a Wyoming jury.

3. In the companion case, Dr. McCall intends to assert claims under the Racketeer Influenced and Corrupt Organization Act, 18 U.S.C. § 1961 *et seq*. (hereinafter "RICO"). Plaintiff's RICO claims and the factual bases of the allegations are the product of a civil investigation that has been ongoing but not yet fully completed.

    A. **Need to Coordinate and Synchronize Scheduling Orders in Two Related Cases**

4. Because the 2 cases will likely be consolidated under Rule 42 of the Federal Rules of Civil Procedure, it is important that the scheduling orders in these cases (25-cv-00060 and (25-cv-00091) be coordinated and synchronized so that the dates and deadlines match.

5. Furthermore, when the cases are consolidated, it will be necessary to file an amened consolidated pleading that integrates all claims and parties in the two cases.

6. Plaintiff John McCall Jr. has filed a motion to amend the scheduling order in Case No. 25-cv-0091 to: (a) add additional party defendants to that action and (b) extend the pleading amendment deadline to September 29, 2025. [Dkt. 22]. Here, Plaintiff Stealth Vision seeks the same relief so that the scheduling orders in both cases are synchronized.

**B.    Good Cause Exists for Amendment of the Scheduling Order**

7. The last date by which Plaintiff may add parties under the scheduling order has expired but Plaintiff has identified additional parties to add to this action.

8. The last date to amend Plaintiff's pleadings is August 30, 2025. [Dkt. 21].

9. There is good "cause" present that warrants to amend the Scheduling Order by thirty (30) days to September 29, 2025, for the following reasons:

(a) There is a need to ensure that the scheduling order in this case and in case 25-cv-2025 have the same dates since the cases will likely by consolidated under Rule 42.

(b) Dr. McCall has retained additional counsel in this case, Mr. Jack Carroll of Beaumont, Texas. Mr. Carroll will be taking an active role in the prosecution of the case on behalf of Dr. McCall and needs time to get up to speed on facts and claims.

(c) Since the June 11 status conference, Dr. McCall has not been fully available to consult with his counsel due to his responsibilities as Governor Greg Abbot's new appointment to the Texas Parks and Wildlife Commission (which includes attending briefings in Austin on major legacy issues affecting the State of Texas (including the screw worm epidemic that is of major concern to Texas). This week, Dr. McCall will be required to attend official meetings in Austin for the Parks and Wildlife Board.

(d) Also, in July 2025 Dr. McCall was appointed as Chair of a Water Commission in Houston County, Texas to deal with emergency ground water issues affecting East Texas. He was required to testify on July 18 in Austin before the Texas Legislature, Natural Resources Committee on this matter.

(e) These events and civic responsibilities occurred in July/August 2025 and have caused Dr. McCall to be less available to confer with his counsel on the pending claims and the case. [*See* Ex. A at ¶ 7(b)].

WHEREFORE, for the reasons stated herein, Plaintiff Stealth Vision requests that the Court grant this Motion and enter an order that:

(a) Amends the Scheduling Order to extend the last date to add parties and extend the pleading amendment date from August 29, 2025, to September 29, 2025, and;

(b) Awards such other and further relief, at law or in equity, to which Dr. McCall may be justly entitled.

*/s/ Kirk Kennedy*
_____
Kirk Kennedy
The Kennedy Firm
8150 N. Central Expressway
10th Floor
Dallas, Texas 75206
Phone: (832) 646.9228
kkennedy@kennedyfirmtexas.com

AND

/s/ Jack P. Carroll
Jack P. Carroll
Orgain, Bell & Tucker, L.L.P.
470 Orleans Street
4th Floor
Beaumont, Texas 77701
Phone: (409)-838-6412
jpc@obt.com

## CERTIFICATE OF CONFERENCE

I hereby certify that on August 12, 2025, and August 14, 2025 counsel for Dr. McCall, Mr. Kirk Kennedy and Mr. Jack Carroll contacted counsel for the Defendants, Mr. Parker Kilgore by telephone and email respectively regarding Plaintiff's request and stated the reasons why, by telephone (8/12), by email (8/14). Mr. Kilgore stated that his clients will not agree to the relief requested.

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2025, a copy of the foregoing Plaintiff's Motion to Amend Scheduling Order was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Texas using the CM/EMF system, and that service on all lead counsel of record will be accomplished via email as previously discussed and agreed upon between said counsel.

                                              */s/Kirk Kennedy*
                                               Kirk Kennedy

Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DR. JOHN A. MCCALL, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 9:25-cv-00091 |
| v. | § | |
| | § | (Hon. Michael Truncale) |
| JOSEPH MICHALETZ, | § | |
| CHRISTINE MICHALETZ, | § | |
| JEFF EDWARDS, | § | |
| CHARLES MYERS ET AL., | § | |
| | | |
| Defendants. | | |

### DECLARATION OF JOHN A. MCCALL JR. IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

Pursuant to 28 U.S.C. § 1746 I, Dr. John A. McCall Jr., state as follows:

1. I am the Plaintiff in the above captioned case.

2. Over the course of several years, the Defendants in this case, Jeff Edwards and Charles Myers, have taken specific actions to prevent me from recovering on a multi-million-dollar judgment that was awarded to me by a Wyoming jury on October 24, 2023.

3. After this case was removed to federal court, I retained new counsel, Mr. Kirk Kennedy of Dallas, Texas, who is experienced in federal court practice to manage and conduct an investigation and legal analysis into the acts and pattern of misconduct by the Defendants and their affiliated companies and entities that were directed toward me. That investigation and legal review is continuing but not completed.

PAGE 1

4. On July 25, 2025, I retained Mr. Jack Carroll of Beaumont, Texas as additional counsel to join my legal team and help prosecute this case and the companion case in 25-cv-0006, styled, *Stealth Vision LLC v. Best of the West Arms, LLC and Stryk Group, LLC et al*. This month I have had meetings with Mr. Carroll and have been working to get him up to speed on this case.

5. My legal team is investigating specific illegal acts by the Defendants that I understand qualify as predicate acts under Racketeer Influenced and Corrupt Organization Act, 18 U.S.C. § 1961 *et seq*. (hereinafter "RICO").

6. Because of the seriousness of the claims and allegations being made and the complex nature of organizing, documenting and filing a complaint under RICO, and for the additional reasons stated below in Paragraph 7 of this Declaration, I am requesting that the Court amend the scheduling order in this case to allow me to add additional parties and additional time to amend my federal complaint.

7. This will be my second request to extend the amendment deadline for any pleading in this case. I have not previously amended my complaint in this case. This will be my first amended pleading.

   (a) Mr. Jack Carroll was retained on July 25, 2025, and will be taking an active role in the prosecution of this case and he requires additional time to get up to speed on facts, claims, and matters in this case.

   (b) In the months of July 2025 and August 2025 I have not been able to meet and confer in a meaningful way with my new legal team. Since the June 11 status conference, I have not been fully available to consult with my counsel due to my responsibilities as Governor Greg Abbot's new appointment to the Texas Parks and Wildlife Commission (which includes attending briefings in Austin on major legacy issues affecting the State of Texas including the screw worm epidemic that is of major concern to Texas).

   (c) This week, I am required to prepare for and attend official meetings in Austin, Texas for the Texas Parks and Wildlife Commission

**PAGE 2**

(d) Also, in July 2025, I was appointed as Chair of a Water Commission in Houston County, Texas to deal with emergency ground water issues affecting East Texas. I was required to travel to Austin and testify on July 18, 2025, before the Texas Legislature, Natural Resources Committee on this important matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct and was executed on August 18, 2025.

/s/ Dr. John A. McCall Jr.

_____
Dr. John A. McCall Jr.
Crockett, Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| STEALTH VISION, LLC, § <br> § <br> *Plaintiff*, § <br> §    CIVIL ACTION NO. 9:25-cv-00006 <br> v. § <br> §    (Hon. Michael Truncale) <br> BEST OF THE WEST ARMS LLC, § <br> STRYK GROUP USA, LLC, JEFF § <br> EDWARDS AND CHARLES § <br> MYERS, § <br> § <br> *Defendants*. | |

### ORDER GRANTING PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER

Came on for consideration of Plaintiff, Stealth Vision LLC's ("Plaintiff") Motion to Amend Scheduling Order (the "Motion"). The Motion is supported by the Declaration of Dr. John McCall, Jr. attached as Exhibit A to the Motion.

The Court, having reviewed the Motion, hereby orders as follows:

1. The Motion is granted; and

2. The Scheduling Order in this case (Dkt. 49) shall be amended so that Plaintiff shall have until September 29, 2025 to add additional parties and amend his pleadings without leave of Court.

END OF ORDER